IN THE UNITED STATES DISTRICT COURT FILED
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

2007 AUG 30 P 3: 02

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

MARGARET GRIFFITH and TINA GRAUL,
next friends and Guardian of NATHAN DANIEL
GRIFFITH, MARGARET GRIFFITH and TINA
GRAUL, individually, and TINA GRAUL, Executrix
of the Estate of CARLTON E. GRIFFITH

        Plaintiffs

vs.

No. 1:07-cv-205
Collier/Carter

AMERICAN BANKERS LIFE ASSURANCE COMPANY
OF FLORIDA and FIRST FORTIS LIFE INSURANCE
COMPANY

        Defendants

## NOTICE OF REMOVAL

**TO**: THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE, AT CHATTANOOGA

    The Defendant, American Bankers Life Assurance Company of Florida (hereinafter, on occasion, "American"), by and through counsel, a Defendant in the above entitled cause, respectfully files notice with this Court of the removal of said cause from the Circuit Court for Meigs County, Tennessee, No. 3632, in which it is now pending, to the United States District Court for the Eastern District of Tennessee at Chattanooga, under and pursuant to the provisions of 28 U.S.C. §§ 1441 *et seq*. As grounds for its notice, said Defendant would show to the Court as follows:

    1.    The Plaintiffs, Margaret Griffith and Tina Graul, are citizens and residents of the State of Tennessee.

    2.    The Defendant American is a foreign corporation with its principal place of business located in the State of Florida.

3. Defendant First Fortis Life Insurance Company is a foreign corporation with its principal place of business located in the State of New York.

4. This action was commenced on or about July 26, 2007 by the filing of a Complaint and the issuance of summonses. The Defendant American received the Summons and Complaint by way of certified U.S. mail on or about August 2, 2007, less than thirty days before the filing of this notice. A true and correct copy of the summons and complaint served upon defendant American are attached to this Notice as collective **Exhibit A**.

5. The Plaintiffs seek, by way of their Complaint and contract attached, damages in an amount not less than SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00).

6. Written notice of the filing of this notice of removal has been given to the to Plaintiffs and to the Clerk of the Circuit Court for Meigs County, Tennessee as required by law. True and correct copies of said Notices are attached hereto as respective **Exhibits B and C**.

**WHEREFORE**, the Defendant American prays that this cause be removed from the Circuit Court for Meigs County, Tennessee to the United States District Court for the Eastern District of Tennessee, at Chattanooga, for trial and determination as provided in 28 U.S.C. §§ 1441 *et seq.*, and thereupon proceed as a cause originally commenced in this Court. To that end, the Defendant American prays that all necessary orders and process issue.

Respectfully submitted,

HODGES, DOUGHTY & CARSON, PLLC

By: _____
Albert J. Harb    BPR#006906
Attorney for Defendants
Post Office Box 869
Knoxville, Tennessee   37901-0869
(865) 292-2307

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon the following:

> J. Arnold Fitzgerald, Esq.
> Post Office Box 227
> Dayton, Tennessee 37321

by placing a copy in the United States mail, addressed to counsel, with sufficient postage thereon to carry the same to its destination.

This the 29TH day of August 2007.

HODGES, DOUGHTY & CARSON, PLLC

By: _____
Albert J. Harb

Q:\Tammy\Albert\American Bankers\GriffithMargaret\Notice of Removal (District Ct.).doc