# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

MARGARET GRIFFITH and TINA GRAUL,
next friends and Guardian of NATHAN DANIEL
GRIFFITH, MARGARET GRIFFITH and TINA
GRAUL, individually, and TINA GRAUL, Executrix
of the Estate of CARLTON E. GRIFFITH

        Plaintiffs

vs.                                       No.  1:07-cv-00205

AMERICAN BANKERS LIFE ASSURANCE COMPANY
OF FLORIDA and FIRST FORTIS LIFE INSURANCE
COMPANY

        Defendants

## ORDER OF COMPROMISE AND DISMISSAL

      The parties having announced to the Court that all matters in controversy have been compromise and settled and that Plaintiffs' claim against the Defendants, American Bankers Life Assurance Company of Florida and First Fortis Life Insurance Company, is to be dismissed.  It is accordingly

      **ORDERED, ADJUDGED and DECREED** that the suit of the Plaintiffs' against the Defendants is hereby dismissed with full prejudice, and the costs of this cause, if any, are taxed to the Defendants, c/o their attorney, Albert J. Harb, Hodges, Doughty & Carson, PLLC, Post Office Box 869, Knoxville, Tennessee 37901-0869.  Any other discretionary costs and/or expenses are to be borne by the respective party incurring the same.

      **ENTER** :

/s/_____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**


/s/ J. Arnold Fitzgerald
J. Arnold Fitzgerald
Attorney for Plaintiffs
Post Office Box 227
Dayton, Tennessee   37321
(423) 775-4000



**HODGES, DOUGHTY & CARSON, PLLC**



By: /s/ Albert J. Harb
    Albert J. Harb    BPR#006906
    Attorney for Defendant
    617 Main Street
    Post Office Box 869
    Knoxville, Tennessee 37901-0869
    (865) 292-2307


Q:\Tammy\Albert\American Bankers\GriffithMargaret\OCAD.doc